UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CALVIN WALKER (#110316)

VERSUS

MAJOR OUBRE, ET AL.

CIVIL ACTION

NO. 10-693-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 13, 2011 (doc. no. 27) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion to Dismiss (doc. no. 8) is GRANTED, dismissing the plaintiff's claims for monetary damages asserted against them in their official capacities, and this matter is referred back for further proceedings.

Baton Rouge, Louisiana, May 5, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA